**Aminata M. WILLIAMS, Plaintiff-Appellant,**

v.

**21ST MORTGAGE CORPORATION, Defendant-Appellee,**

and

**U.S. Bank N.A, Trustee for the RASC 2007-EMX1 Trust; Ocwen Loan Servicing; Residential Funding Company, LLC; John Does 1 through 10, Defendants.**

**Aminata M. Williams, Plaintiff-Appellant,**

v.

**21st Mortgage Corporation; John Does 1 through 10; Ocwen Loan Servicing; Residential Funding Company, LLC; U.S. Bank National Association, Trustee for the RASC 2007-EMX1 Trust, Defendants-Appellees.**

No. 16-1659, No. 17-1534

United States Court of Appeals, Fourth Circuit.

Submitted: November 20, 2017

Decided: November 30, 2017

Charles C. Iweanoge, THE IWEANOGES' FIRM, P.C., Washington, D.C., for Appellant. Robert H. Hillman, SAMUEL I. WHITE PC, Rockville, Maryland; Brian J. Slipakoff, Phillip Chong, DUANE MORRIS LLP, Baltimore, Maryland, for Appellees.

Before AGEE, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Aminata Williams appeals from the district court's orders: (1) denying her motion for a preliminary injunction/temporary restraining order to prevent a foreclosure sale and, (2) dismissing her civil action as barred by res judicata. We have reviewed the record included on appeal as well as the district court's opinions and we find no reversible error. Accordingly we affirm on the reasoning of the district court. *Williams v. 21st Mortgage Corp.*, No. 8:16-cv-01210-PX, 2017 WL 1133706 (D. Md. filed May 3, 2016, and entered May 4, 2016; Mar. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*